AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland ☐

| | |
|---|---|
| Jerome Segal<br>Peter Roemer<br>Michael Hodge<br><br>*Plaintiff(s)*<br>v.<br>Maryland State Board of Elections<br>Linda Lamone, State Adminstrator<br><br>*Defendant(s)* | Civil Action No. GJH 18 CV 2731 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Andrea Trento
    Assistant Attorney General
    Office of the Attorney General
    200 St. Paul Place
    Baltimore, Md. 21200

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jerome Segal
    7910 Takoma Ave
    Silver Spring, Md. 20910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                                *Signature of Clerk or Deputy Clerk*