# Exhibit B

Party Name __Bread And Roses__

## Petition Signature Page Summary

Date on which the first signature was affixed to this petition filing: __July 9, 2018__
Date on which the last signature was affixed to this petition filing: __July 30, 2018__

| County | # Pages | # Signatures | |
|---|---|---|---|
| Allegany County | | | |
| Anne Arundel County | 26 | 50 | |
| Baltimore City | 2819 | 12663 | 2346 |
| Baltimore County | 1283 | 6274 | 2084 |
| Calvert County | | | |
| Caroline County | | | |
| Carroll County | 15 | 19 | |
| Cecil County | 1 | 1 | |
| Charles County | 3 | 5 | |
| Dorchester County | 2 | 2 | |
| Frederick County | 3 | 4 | |
| Garrett County | | | |
| Harford County | 20 | 34 | |
| Howard County | 32 | 55 | |
| Kent County | | | |
| Montgomery County | 67 | 285 | |
| Prince George's County | 68 | 246 | |
| Queen Anne's County | | | |
| St. Mary's County | | | |
| Somerset County | | | |
| Talbot County | | | |
| Washington County | | | |
| Wicomico County | | | |
| Worcester County | | | |
| **TOTALS** | **4339** | **19539** | |

RECEIVED AUG 06 2018 STATE BOARD OF ELECTIONS

### Sponsor's Affidavit
(To be signed by the State Chairman and Designated Representative)
Under penalty of perjury, I swear (or affirm) that, to the best of my knowledge and belief, all of the information given on these Information Pages is true and correct.

Signature _[signed]_   Date __8/6/18__

Signature _[signed]_   Date __8/6/18__

### Filing Receipt
This is to certify that I am in receipt of:
_____ Information Page
_____ Petition signature pages purporting to contain _____ signatures.
_____ Sufficiency Notice (only applicable if petition received advance sufficiency determination)

(FOR OFFICE USE ONLY)

Signature _____   Date _____   SBE 6-201-1b Rev. 3-01