# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Southern Division

|  |  |
|---|---|
| JEROME SEGAL, ET AL., | * |
| Plaintiff, | * |
| v. | *    Case No.: GJH-18-2731 |
| MARYLAND STATE BOARD OF ELECTIONS, ET AL., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated on the record during today's motion hearing, Plaintiffs' Emergency Motion for a Preliminary Injunction is DENIED.

Dated: September 18, 2018            /s/
GEORGE J. HAZEL
United States District Judge